IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EASTERN NEBRASKA HUMAN SERVICES AGENCY,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 8:12-CV-53<br><br>ORDER |

This matter is before the Court on the defendant's Answer (filing 20), which has been construed as a motion to dismiss, the Court's own Order (filing 22) to show cause why the case should not be dismissed, and the Plaintiff's Response to Order to Show Cause (filing 23). The Court finds cause has been shown why the case should not be dismissed at this time.

IT IS ORDERED:

1. The defendant's motion to dismiss (filing 20) is held in abeyance until further notice.

2. The parties are directed to inform the Court every sixty days of the status of the case.

3. The Clerk of the Court is directed to enter an initial status report deadline of September 24, 2012.

Dated this 24th day of July, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge