IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EASTERN NEBRASKA HUMAN SERVICES AGENCY,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | 8:12-CV-53<br><br>JUDGMENT |

Upon the parties' joint stipulation for dismissal (filing 25), this matter is dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

Dated this 24th day of August, 2012.

BY THE COURT:

/s/ John M. Gerrard

John M. Gerrard
United States District Judge